U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID ALLEN GRIMES, | § | |
| PETITIONER, | § | |
| VS. | § | NO. 4:07-CV-248-A |
| NATHANIEL QUARTERMAN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, | § | |
| RESPONDENT. | § | |

## O R D E R

Came on for consideration the above-captioned action wherein David Allen Grimes is petitioner and Nathaniel Quarterman, Director, Texas Department of Criminal Justice, Correctional Institutions Division, is respondent. This is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On February 21, 2008, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation, and ordered that the parties file objections, if any thereto, by March 13, 2008. Copies of the proposed findings, conclusions, and recommendation were sent to petitioner and respondent. By order signed March 21, 2008, the court extended the deadline for petitioner to file objections until April 21, 2008. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United

States Magistrate Judge. Therefore,

The court ORDERS that the petition of David Allen Grimes for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be, and is hereby, denied.

SIGNED April 29, 2008.

_____
JOHN McBRYDE
United States District Judge